UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Edervaldo Rodrigues Da Silva

        Plaintiff(s)

v.   CIVIL ACTION NO. 1:24-cv-11280-ADB

Jessica Silveira Da Silva

        Defendant(s)

## JUDGMENT IN A CIVIL CASE

Burroughs, D. J.

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

Edervaldo da Silva's Petition for Return of Child Under the Hague Convention is GRANTED.

IT IS HEREBY ORDERED that A.R. shall be returned to Brazil, his country of habitual residence, at Respondent's expense at a reasonable date and time mutually agreed upon by the parties.

IT IS FURTHER ORDERED that Respondent shall make all necessary arrangements associated with returning A.R. to Brazil.

IT IS FURTHER ORDERED that Respondent shall not, absent leave of this Court, remove A.R. from the District of Massachusetts pending his return to Brazil.

IT IS FURTHER ORDERED that counsel for Respondent shall file a notice with the Clerk of Court immediately upon A.R.'s arrival in Brazil, indicating that Respondent has fully complied with the terms of this Order.

ROBERT M. FARRELL

CLERK OF COURT

Dated: 3/13/2025

*/s/ Caetlin McManus*

By: Caetlin McManus

Deputy Clerk